IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SANDRA CAPPS, | |
| PLAINTIFF(S), | |
| v. | CIVIL ACTION NO. 3:19-CV-00571-SMD |
| WINN-DIXIE STORES, INC., | |
| DEFENDANT(S). | |

## JOINT MOTION TO SUBSTITUTE PARTY DEFENDANT

Pursuant to Fed. R. Civ. P. 21, Plaintiff Sandra Capps and Winn-Dixie Montgomery, LLC and file this Joint Motion to substitute Winn-Dixie Montgomery, LLC for Defendant Winn-Dixie Stores, Inc. as the proper Party Defendant. In support of this Motion, the Parties would show:

1. The proper party Defendant in this action is Winn-Dixie Montgomery, LLC.

2. The Answer (Doc. 3) in this case was filed on behalf of Winn-Dixie Montgomery, LLC, and admits Winn-Dixie Montgomery, LLC operates the store at which the incident at issue in this case is alleged to have occurred. See Doc. 3 at ¶ 3.

3. As reflected in Winn-Dixie Montgomery, LLC's Corporate Disclosure Statement (Doc. 2), Winn-Dixie Stores, Inc. is Winn-Dixie Montgomery, LLC's sole member.

4. Winn-Dixie Stores, Inc. is not the proper party Defendant and is due to be substituted by Winn-Dixie Montgomery, LLC, and dismissed as a defendant from this action.

WHEREFORE, Sandra Capps and Winn-Dixie Montgomery, LLC move this Honorable Court to substitute Winn-Dixie Montgomery, LLC for, and dismiss Winn-Dixie Stores, Inc., as the proper party Defendant, and request that the case be re-styled to show "Winn-Dixie Montgomery, LLC" as the proper party Defendant.

Respectfully submitted this 20th day of September, 2019.

| | |
|---|---|
| /s/ David C. Rayfield | /s/ Richard W. Lewis |
| David C. Rayfield (RAY029) | Richard W. Lewis (ASB-1812-L75R) |
| Attorney for Plaintiff | Brandi B. Frederick (ASB-4725-B59B) |
| | Attorneys for Winn-Dixie Montgomery, LLC |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Waldrep Mullin & Callahan, LLC | |
| PO Box 351 | Austill Lewis Pipkin & Maddox, P.C. |
| Columbus, GA 31902 | 600 Century Park South, Suite 100 |
| (706) 320-0600 phone | Birmingham, AL 35226 |
| davidrayfield@waldrepmullin.com | (205) 870-3767 phone |
| | (205) 870-3768 fax |
| | r-lewis@maplaw.com |
| | bfrederick@maplaw.com |